DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

JENNIFER L. BROCKETT (State Bar No. 193433)
jenniferbrockett@dwt.com
LORING ROSE (State Bar No. 251727)
loringrose@dwt.com

Attorneys for Defendants
SONY PICTURES ENTERTAINMENT INC., COLUMBIA PICTURES INDUSTRIES, INC., TRISTAR PICTURES, INC., SIDNEY KIMMEL ENTERTAINMENT, LLC, SKE CREATIVE, LLC, TARGET MEDIA ENTERTAINMENT, GMBH, SIDNEY KIMMEL, JAMES TAUBER, AMY BAER, WILLIAM HORBERG, DIANA PHILLIPS, WONDERFUL FILMS CORP., LAWRENCE MALKIN, DEAN CRAIG, GLENN S. GAINOR, PHILIP ELWAY, SHARE STALLINGS, BRUCE TOLL, FRANK OZ, CHRIS ROCK, CHRIS ROCK ENTERPRISES, INC., BEHAVE PRODUCTIONS, INC., NEIL LABUTE, AYESHA CARR, SCREEN GEMS, INC., SCREEN GEMS DISTRIBUTION, INC., and PARABOLIC PICTURES INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELLA LAWRENCE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SONY PICTURES ENTERTAINMENT INC., et al.,<br><br>Defendants. | **Case No. CV10-4737 SVW (Ex)**<br><br>Assigned to the Hon. Stephen V. Wilson<br><br>**OBJECTIONS TO:**<br>**(1) DECLARATION OF PAMELLA LAWRENCE; AND**<br>**(2) LODGING OF 1 BOOK**<br><br>Action Filed: July 1, 2010 |

Defendants hereby object to (1) the Declaration of Plaintiff Pamella Lawrence, filed with the Court on January 4, 2011, in support of Plaintiff's Opposition to Defendants' Motion to Dismiss the Complaint (the "Declaration"); and (2) Plaintiff's "Notice of Lodging 1 Book," filed with the Court on January 5, 2011, in support of Plaintiff's Opposition to Defendants' Motion to Dismiss the Complaint (the "Lodging").

**1. OBJECTIONS TO THE DECLARATION**

Plaintiff's Declaration is an improper attempt to submit factual assertions to the Court that cannot be considered on a Motion to Dismiss. *See* Fed. R. Civ. Proc. 12(d) (matters outside the pleadings on 12(b)(6) motion not allowed unless court treats motion as one for summary judgment); *see also Van Hook v. Curry*, 2008 U.S. Dist. LEXIS 23115, at *2 (N.D. Cal. Mar. 13, 2008) (plaintiff's attempt to "add factual assertions which are not judicially noticeable by way of a declaration attached to his opposition to the motion to dismiss" improper; motion to strike granted); *Int'l Union of Operating Eng'r, Local 3 v. Zurich N. Am.*, 2006 U.S. Dist. LEXIS 70011, at *6-*7 (E.D. Cal. Sept. 26, 2006) (court refused to consider declarations in opposition to motion dismiss; court "cannot consider such evidence without converting the motion to dismiss into a motion for summary judgment") (citation omitted).

Moreover, the Declaration is rife with objectionable hearsay (*see* Fed. R. Evid. 803 *et seq*.), presents matters outside Plaintiff's personal knowledge (*see* Fed. R. Evid. 602) and contains impermissible legal conclusions (*see, e.g., U.S. v. Boulware*, 558 F.3d 971, 975 [9th Cir. 2009]). Indeed, every paragraph of the Declaration is subject to one or more of these objections. For these additional reasons, the Declaration should not be considered by the Court. *See also* Local Rule ("L.R.") 7-7 (declarations "shall contain only factual, evidentiary matter and shall conform as far as possible to the requirements of F.R.Civ.P. 56(c)(4)"); L.R. 7-9 (declarations in support of opposing papers must comply with L.R. 7-7).



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**2. OBJECTIONS TO THE LODGING**

According to the Lodging, Plaintiff has lodged with the Court a copy of her book entitled "Caught on Video . . . The Most Embarrassing Moment De Funeral July 11, 1994" which is designated as Exhibit A to Plaintiff's Opposition to Defendants' Motion to Dismiss the Complaint. Plaintiff, however, failed to include a copy of this critical exhibit in the version of the Lodging provided to Defendants. Such failure requires that the Court disregard the exhibit. *See, e.g.*, L.R. 7-9 (party opposing a motion shall "serve upon all other parties and file with the Clerk . . . the evidence upon which the opposing party will rely in opposition to the motion").

DATED: January 10, 2011

DAVIS WRIGHT TREMAINE LLP
JENNIFER L. BROCKETT
LORING ROSE

By: /s/ Jennifer L. Brockett
Jennifer L. Brockett





DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899