PAMELLA LAWRENCE.
3183 WILSHIRE BLVD # 196-F43
L.A. CALIF. 90010
Email: dejunmord1995 @ hotmail.com.

PAMELLA LAWRENCE

Plaintiff,

v

SONY PICTURES ENT et al...

Defendant(s).

CASE NO: CV10-4737 SVW(Ex)

APPLICATION FOR APPOINTMENT OF COUNSEL

FILED
2011 JAN 19 PM 1:37
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

My name is PAMELLA LAWRENCE and I am the plaintiff in the above action. I hereby apply to the Court for appointment of counsel to represent me in this action. In support of this application, I ask the court to consider the following information:

1. My case concerns the following issue(s) (briefly summarize your case): COPYRIGHT INFRINGEMENT

2(a). I am unable to retain an attorney to represent me because I do not have the funds to do so.

2(b). **[Fill this in if true]** I have applied for leave to proceed *in forma pauperis*. My motion to proceed as a poor person was filed on JUNE 25, 2010

2(c). **[Fill this in if true]** By Court Order filed on JULY 01, 2010, I was granted leave to proceed as a poor person pursuant to 28 U.S.C. § 1915.

3(a). I have attempted to find my own attorney but have been unable to do so because THE CASE IS COMPLEX AND I HAVE NO FUNDS/MONEY

3(b). I have discussed my case with the following attorneys (include attorney's name and telephone number, and attach any correspondence which indicates that an attorney has declined to represent you):

PIERCE O'DONNELL - 213-347-0290
BRYAN FREEDMAN - 310-201-0005
BARRY K. ROTHMAN - 310-557-0062
NATHANIEL KELLY - 310-614-0837

4. I believe that the following circumstances demonstrate why the Court should grant my request for an appointed attorney: DUE TO THE BEST INTEREST OF JUSTICE

WHEREFORE, plaintiff asks this Court to appoint an attorney to represent plaintiff in this action.

**I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.**

1-19-11
DATE

[signature]
SIGNATURE

Super Lawyers



Advanced Search Browse Listings Home About Videos Selection Process Advertising Contact Attorney FAQ

# ATTORNEY PROFILE



## Pierce O'Donnell

Update
ShareThis

**O'Donnell & Associates, PC**
800 Wilshire Blvd., Suite 500
Los Angeles, CA 90017

**Practice Areas:** Business Litigation (60%), Intellectual Property (20%), Entertainment & Sports (20%)
**Law School:** Georgetown University Law Center

### SELECTED TO

Southern California Super Lawyers 2010
Southern California Super Lawyers 2008
Southern California Super Lawyers 2007
Southern California Super Lawyers 2006
Southern California Super Lawyers 2005
Southern California Super Lawyers 2004

### CERTIFICATIONS AND CREDENTIALS

International Academy of Trial Lawyers

### PIERCE O'DONNELL:

Link this page to your website with a SuperLawyers.com personalized badge.

Order your upgraded profile and photo

### ASK SUPER LAWYERS




### MAP LOCATION




Get Directions

### WHAT IS SUPER LAWYERS




Super Lawyers magazine names attorneys in each state who received the highest point totals, as chosen by their peers and through the independent research. Rising Stars names the state's top up-and-coming attorneys.

Super Lawyers magazine is published in all 50 states and reaches more than 13 million readers.

Read more...

### DISTRIBUTION

Super Lawyers appears in top city and regional publications around the U.S.:

5280 Magazine

AZ Magazine

Atlanta magazine

### ADVERTISING

- Full view
- |
-
-
- |
- Back to messages
- # RE: Pamella Lawrence : Case Check

9/10/10
Reply ▾

- Reply
- Reply all
- Forward
- Delete
- Junk
- Mark as unread
- Mark as read
- Delete all from sender
- Print message
- View message source
- Show message history
- Hide message history
- Show details
- Hide details

Bryan Freedman Add to contacts
To Pamella Lawrene

From: **Bryan Freedman** (bfreedman@ftllp.com)
Sent: Fri 9/10/10 5:15 PM
To: Pamella Lawrene (defuneral1995@hotmail.com)

I am sorry but our firm has a conflict of interest and cannot represent you

Bryan J. Freedman, Esq.

FREEDMAN & TAITELMAN, LLP

1901 Avenue of the Stars, Suite 500

# LAW OFFICES OF BARRY K. ROTHMAN

310-557-0062



CREATIVE RESOLUTIC

- Home
- Practice Areas Overview
- Attorney Profiles
- Awards
- Clients
- Contact Us
- Resources
- audio file

## Contact Us

### Contact Our Firm

The Law Offices of Barry K. Rothman is located on the Avenue of the Stars. To speak with an attorney at our Los Angeles office, call us at 310-557-0062.

To contact us by e-mail, please use the contact form provided below. Thank you for your interest in our firm. We look forward to speaking with you.

*Name: PAMELLA LAWRENCE

*Email Address: defuneral1995@hotmail.com

Company: BOOK/VIDEO-COPYRIGHT 1995/1994

Street Address: 3183 WILSHIRE BLVD SUITE 196-C43

City, State, Zip: LA, CALIF. 90010

Phone Number:

**Contact Us**

Law Offices of
Barry K. Rothman
1901 Avenue of the Stars
Suite 370
Los Angeles, CA 90067
Tel: 310-557-0062
Fax: 310-557-9080

Nathaniel Kelly

- 

  Nathaniel Kelly

  nathanielgkelly@gmail.com
- 
- Send email
- Find email

Add to contacts

To Pamellabook1995@hotmail.com

Dear Pamella,

I regret to inform you that my colleagues who were evaluating your copyright claims believe that your case is too tough to fund at this time. This, unfortunately, means I will not be able to represent you.

--

Best Regards,
Nate Kelly
(310) 614-0837
nathanielgkelly@gmail.com

# GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L.

ATTORNEYS AND COUNSELORS AT LAW

WATERSIDE PROFESSIONAL BUILDING
221 E. OSCEOLA STREET
STUART, FL 34994

(772) 283-8260
FAX NO. (772) 220-3343
1-800-329-4279

W. E. GARY PROFESSIONAL CENTER
320 S. INDIAN RIVER DRIVE
POST OFFICE BOX 3390
FT. PIERCE, FLORIDA 34948-3390

(772) 464-2352
FAX NO. (772) 464-4226
1-800-330-2832

REGIONS BANK CENTER
111 N. ORANGE AVENUE, SUITE 1450
ORLANDO, FLORIDA 32801

(407) 649-7171
FAX NO. (407) 649-7755

PLEASE REPLY TO:
STUART

December 9, 2010

PARTNERS
Willie E. Gary
Lorenzo Williams
* Linnes Finney, Jr.
Michael A. Lewis
Donald N. Watson
** Maria P. Sperando
Paul P. McMahon
** Gloretta H. Hall
▪▪▪▪▪Tricia P. Hoffler
Manuel Socias
Sekou M. Gary

ASSOCIATES
□** Paul D. Mark Lucas
Thomas E. Weiksnar, LLM.
♦♦♦♦♦♦♦ Maryann Diaz
Victor G. Swift
♦ Phyllis M. Gillespie
△**△△△ Alton C. Hale, Jr.
** Tanisha Nunn Gary
Jason L. Williams
♦ Debra S. Nolan
** Arnold S. Gaines
Mark Miller
Anika R. Hardmon
♦♦ Marwan E. Porter
△ Hugh J. Eighmie II

OF COUNSEL
♦ Robert V. Parenti

GENERAL COUNSEL
▪▪▪ Chan Bryant Abney

* Board Certified
Civil Trial Lawyer

Also Admitted
** D.C. Bar
♦ MI Bar
♦♦ NY Bar
♦ TN Bar
♦♦ CT Bar
♦♦♦ MA Bar
▪ PA Bar
▪▪ VA Bar
▪▪▪ GA Bar
△ NC Bar
△△△ MS Bar
□ TN

**VIA FIRST CLASS MAIL**
Pamela Lawrence
3183 Wilshire Blvd.
Los Angeles, CA 90010

**Re: Potential Litigation Case #D48522**

Dear Ms. Lawrence:

After receiving your additional information, our team of attorneys and staff have again carefully reviewed and **determined that we still cannot assist you with your potential claim.**

I certainly understand and respect the wrong you feel has been done to you. As noted previously, the decision not to take on your case was a difficult one to make. A variety of factors, many of which have nothing to do with the nature or quality of your potential case, entered into the decision. Nothing we have discussed nor this letter is an expression of our view of the likelihood of success nor the desirability of filing suit. Thus, if you wish to pursue this matter, you should promptly seek the advice of other counsel.

Please note that this Firm has not taken any formal action on your behalf, nor will we be taking any action. You must seek alternative representation at your earliest opportunity. Also, your claim may be subject to one or more statutes of limitation, meaning a lawsuit must be filed within a certain period of time or your claim will be forever barred. Because of this, it is important if you are interested in pursuing this matter through another law firm, that you do so immediately if you wish to preserve your right to sue.

Mr. Gary has asked me to personally thank you for considering our firm for representation. We would suggest that you contact your local bar association in the event you need attorney referrals. We hope we have been of some assistance to you and again thank you for allowing our firm the opportunity to consider your case. Please feel free to contact us in the future. Since we are not undertaking representation, we are closing our file regarding this matter.

Sincerely,

**GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO P.L**

**Paul D. Mark Lucas, Esquire**
**For the Firm**

PDML/dcs

FIEGER, FIEGER, KENNEY, JOHNSON & GIROUX
A PROFESSIONAL CORPORATION

BERNARD J. FIEGER (1922-1988)
MI AND NY BAR
GEOFFREY NELS FIEGER
MI, FL AND AZ BAR
DIRECT DIAL (248) 355-9022
JEREMIAH JOSEPH KENNEY
MI AND OH BAR (1949-2005)
VEN R. JOHNSON
MI, NY AND WASHINGTON D.C. BAR
DIRECT DIAL (248) 355-9544
ROBERT M. GIROUX
MI BAR
DIRECT DIAL (248) 355-5933

ATTORNEYS AND COUNSELORS AT LAW SINCE 1950
19390 WEST TEN MILE ROAD
SOUTHFIELD, MICHIGAN 48075-2463
TELEPHONE (248) 355-5555
FAX (248) 355-5148
WEBSITE: www.fiegerlaw.com
e-mail: info@fiegerlaw.com

TODD J. WEGLARZ
REBECCA S. WALSH
WILLIAM J. MCHENRY
ARNOLD J. MATUSZ
PAUL W. BROSCHAY
JEFFREY A. DANZIG
JAMES J. HARRINGTON, IV
THOMAS M. LIZZA
HELEN K. JOYNER
LEON J. WEISS
MI AND FL BAR
GREGORY W. WIX
MI AND CA BAR
MICHAEL T. RATTON
THOMAS R. WARNICKE
JONATHAN R. MARKO
*Appellate Department*
VICTOR S. VALENTI
HEATHER A. GLAZER
MICHAEL R. DEZSI
*Of Counsel*
BARRY FAYNE
JACK BEAM

December 10, 2010

**Pamella Lawrence**
**3183 Wilshire Blvd., #196 - C43**
**Los Angeles, CA 90010**

***Re: Potential Legal Representation***

Dear Ms. Lawrence:

Thank you for discussing your potential case with me. While we would have been glad to have accepted your case, circumstances make that impossible. However, we are pleased to refer you to an attorney who may be able to represent you in your matter. The name and address of that attorney is:

***Mayer Morganroth, Esq.***
***3000 Town Center, Ste. 1500***
***Southfield, MI 48075***
***(248) 355-3084 // Fax 248-355-3017***

The attorney has been authorized by us to contact you directly. However, it is also important that you contact the attorney because a statute of limitations may expire if you do not act timely, and you may be prevented from proceeding with your case if you do not act now.

You should understand that Fieger, Fieger, Kenney, Johnson & Giroux, P.C. will not be able to represent you in this matter and will not have any responsibility in connection with the legal services which you require. However, we do wish to assist you in contacting a lawyer who may be able to represent you. We have notified the attorney listed in this letter so that the attorney will be expecting your telephone call.

We wish you every success in your legal matter.

Very truly yours,

***Fieger, Fieger, Kenney, Johnson & Giroux, P.C.***

Colette Jenkins

CJ
*cc (w/encls.):* ***Mayer Morganroth, Esq.*** *(via fax)*