UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:10-cv-04737-SVW-E | Date | January 20, 2011 |
| Title | Pamella Lawrence v. Sony Pictures Entertainment et al. | | |

| | |
|---|---|
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |

| | | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER re Application for Appointment of Counsel

The Court is in receipt of Plaintiff Lawrence's application for appointment of counsel in this copyright infringement action.

Having considered Plaintiff's application, the application is DENIED.

:

Initials of Preparer PMC