

FILED
CLERK U.S. DISTRICT COURT

AUG 1 6 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELLA LAWRENCE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SONY PICTURES ENTERTAINMENT INC., a Delaware corporation, et al.,<br><br>Defendants. | **Case No. CV10-04737 SVW (Ex)**<br>Assigned to the Hon. Stephen V. Wilson<br><br>**[PROPOSED] JUDGMENT**<br><br>Action Filed: July 1, 2010 |

The Court, having taken the matter under submission, issued its *Order Granting Defendants' Motion for Summary Judgment on Copyright Claims and Dismissing State Law Claims for Lack of Subject Matter Jurisdiction* ("Order") on July 28, 2011. Having considered the evidence and arguments of all parties and a decision having been duly rendered:

IT IS ORDERED AND ADJUDGED that the plaintiff Pamella Lawrence take nothing, and that this action be dismissed on the merits as to plaintiff's First, Second and Third Causes of Action for Copyright Infringement, Contributory Infringement, and Vicarious Infringement, respectively, and dismissed for lack of subject matter jurisdiction as to plaintiff's Fourth and Fifth Causes of Action for breach of contract and fraud, respectively.

IT IS FURTHER ORDERED that all defendants are the prevailing parties in this action, and are entitled to recover their costs.

DATED: _Mhonk 16_, 2011

_____
HONORABLE ~~STEVEN V. WILSON~~
United States District Court for the
Central District of California

STEPHEN V. WILSON

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
JAMES D. NGUYEN
JENNIFER L. BROCKETT
KAREN A. HENRY

By: _/s/ James D. Nguyen_
        James D. Nguyen

Attorneys for Defendants

[PROPOSED] JUDGMENT
DWT 17782352v1 0032472-000020

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899