Name/Address of Attorney or Pro Per
Pamella Lawrence
3183 Wilshire Blvd. Ste. # 196-C43
Los Angeles, Ca. 90010
Telephone _____

☐ FPD   ☐ Apptd   ☐ CJA   ☒ Pro Per

FILED
CLERK, U.S. DISTRICT COURT
Lodged Order
AUG 2 4 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Pamella Lawrence | CASE NUMBER: |
| PLAINTIFF(S), | CV10-04737 SVW (Ex) |
| v. | |
| Sony Pictures Entertainment, Inc., et al... | **Motion and Affidavit for Leave to Appeal In Forma Pauperis:** ☒ 28 U.S.C. 753(f) |
| DEFENDANT(S). | ☒ 28 U.S.C. 1915 |

The undersigned __Pamella Lawrence__, a party in the within action, moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for the preparation of a Court Reporter's transcript at government expense.

1. I believe I am entitled to redress, and the issues which I desire to present on my proposed appeal are the following:
   a. Appeal of Copyright validity and related issues
   b. Appeal of Breach of Contract/Fraud
   c. _____

2. Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefor. I swear that the following responses are true.

   a. Are you presently employed? ☐ Yes  ☒ No. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. _____

   b. Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source?  ☐ Yes  ☒ No.
   If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

c. Are you presently employed in prison? ☐ Yes ☒ No.
   If yes, state the number of hours you work per week and the hourly rate of pay.

d. Do you own any cash or do you have money in a checking or savings account? ☐ Yes ☒ No.
   If the answer is yes, state the amount of money in each account separately as of six (6) months prior to the date of this affidavit.

e. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? No

f. In what year did you last file an income tax return? 2011

g. Approximately how much income did your last tax return reflect? $1,000.00

h. List the persons who are dependent upon you for support and state your relationship to those persons.
   Self

i. State monthly expenses, itemizing the major items. Phone $50.00, Transportation $80.00. Food/Lodging $130.00

I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Party

_____                              _____
         Date                                          Signature of Attorney
                                                  (Disregard if filed in propria persona)