# UNITED STATES DISTRICT COURT
Central District of California

| | |
|---|---|
| Pamella Lawrence | **BILL OF COSTS (LOCAL RULE 54-4)** |
| V. | Case Number: CV10-4737 SVW (Ex) |
| Sony Pictures Entertainment, Inc. et al. | |

Judgment having been entered in the above entitled action on  8/17/2011  against  Pamella Lawrence  ,
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Filing fees: see L.R. 54-4.1 | $ 0.00 |
| Fees for service of process: see L.R. 54-4.2 | 0.00 |
| United States Marshal's fees: see L.R. 54-4.3 | 0.00 |
| Clerk's fees: see L.R. 54-4.4 | 0.00 |
| Reporter's transcripts: see L.R. 54-4.5 | 47.04 |
| Depositions: see L.R. 54-4.6 | 4,483.78 |
| Witness fees (itemize on page 2): see L.R. 54-4.7 | 0.00 |
| Interpreter's and translator's fees: see L.R. 54-4.8 | 0.00 |
| Docket fees: see L.R. 54-4.9 | 0.00 |
| Masters, commissioners and receivers: see L.R. 54-4.10 | 0.00 |
| Certification, exemplification and reproduction of documents: see L.R. 54-4.11 | 0.00 |
| Premiums on bonds and undertakings: see L.R. 54-4.12 | 0.00 |
| Other Costs: see L.R. 54-4.13 | 0.00 |
| State Court costs: see L.R, 54-4.14 | 0.00 |
| Costs on appeal: see L.R. 54-5 | 0.00 |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-6 | 0.00 |

Other (please itemize)

TOTAL   $   4,530.82

**NOTE TO PARTIES SUBMITTING BILL OF COSTS:**  Attach to the bill of costs an itemization and documentation supporting all requested fees and costs.  Documentation includes receipts, orders and stipulations.  All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner: .

☑ Electronic service by e-mail as set forth below and/or.
☐ Conventional service by first class mail, postage prepaid as set forth below

s/ Attorney: _____

Name of Attorney:   James D. Nguyen, Esq.

Costs are taxed in the amount of  _____

_____    By: _____    _____
Clerk of Court                            Deputy Clerk                            Date

January 28, 2011
Page 2

**DAVIS WRIGHT TREMAINE LLP**

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com
**DELUXE - FORM DVCY-3 V-7**

1-28-2011    Court Reporter fee (transcript of 1/24/11 hearing)              $33.60
             7 day expedited service    Client 32472-20

23458

**DAVIS WRIGHT TRE( INE LLP**
865 S FIGUEROA ST., SUITE 24u. 213-633-6800
LOS ANGELES, CA 90017

DATE February 11, 2011

90-7172-3222

PAY TO THE ORDER OF  Deborah Gackle----------------------------------------- $13.44

Thirteen and 44/100-------------------------------------------------- DOLLARS

**citibank**
CITIBANK, N.A. BR. #395
787 W 5TH ST 28TH FL
LOS ANGELES, CA 90071

The Citigroup Private Bank

Susan J Sealer

⑈023458⑈ ⑆322271724⑆ 200544310⑈

DAVIS WRIGHT TREMAINE LLP

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com
**DELUXE - FORM DVCY-3 V-7**

| | | |
|---|---|---|
| 2-11-2011 | Court Reporter Fee (Transcript of 1/24/11 hearing) remaining balance Client 32472-20 | $13.44 |

# INVOICE

**Sarnoff**
COURT REPORTERS
877.955.3855 PHONE   20 Corporate Park, Suite 350
949.955.3854 FAX      Irvine, CA 92606
www.sarnoffcourtreporters.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 153682 | 3/30/2011 | 158852 |
| Job Date | Case No. | |
| 3/28/2011 | CV10-4737 SWV (EX) | |

**Case Name**
Pamella Lawrence vs. Sony Pictures Entertainment, Inc.

**Payment Terms**
Due upon receipt    *32472-70* (handwritten)

Jennifer L. Brockett, Esq.
Davis Wright Tremaine LLP
865 S. Figueroa Street
Suite 2400
Los Angeles, CA 90017-2566

SCHEDULED DEPOSITION OF:
Pamella Lawrence

| | | |
|---|---|---|
| Reporter's Affidavit of Non-Appearance | | 225.00 |
| Exhibits | 6.00 | 3.90 |
| Parking Reimbursement | | 17.50 |
| Delivery Costs - Affidavit | | 20.00 |

**TOTAL DUE >>>   $266.40**

Tax ID: 88-0432563

Phone: 213-633-6800    Fax: 213-633-6899

*Please detach bottom portion and return with payment.*

Jennifer L. Brockett, Esq.
Davis Wright Tremaine LLP
865 S. Figueroa Street
Suite 2400
Los Angeles, CA 90017-2566

Job No.      : 158852          BU ID    : 1-MAIN
Case No.     : CV10-4737 SWV (EX)
Case Name    : Pamella Lawrence vs. Sony Pictures Entertainment, Inc.
Invoice No.  : 153682          Invoice Date : 3/30/2011
Total Due    : $ 266.40

Remit To: **Sarnoff Court Reporters**
**20 Corporate Park**
**Suite 350**
**Irvine, CA 92606**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:

# Sarnoff
## COURT REPORTERS

877.955.3855 PHONE   20 Corporate Park, Suite 350
949.955.3854 FAX    Irvine, CA 92606
www.sarnoffcourtreporters.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 153925 | 3/31/2011 | 159649 |
| Job Date | Case No. | |
| 3/28/2011 | CV10-4737 SWV (EX) | |
| Case Name | | |
| Pamella Lawrence vs. Sony Pictures Entertainment, Inc. | | |
| Payment Terms | | |
| Due upon receipt | 32472-20 | |

Jennifer L. Brockett, Esq.
Davis Wright Tremaine LLP
865 S. Figueroa Street
Suite 2400
Los Angeles, CA 90017-2566

VIDEO SERVICES OF:
  Pamella Lawrence
    Videographer's Cancellation Fee                                                 250.00
    Parking Reimbursement                                                            22.50

                                                TOTAL DUE >>>      $272.50

Tax ID: 88-0432563                                          Phone: 213-633-6800   Fax: 213-633-6899

*Please detach bottom portion and return with payment.*

Jennifer L. Brockett, Esq.
Davis Wright Tremaine LLP
865 S. Figueroa Street
Suite 2400
Los Angeles, CA 90017-2566

Job No.     : 159649         BU ID       : SCALVID
Case No.    : CV10-4737 SWV (EX)
Case Name   : Pamella Lawrence vs. Sony Pictures
              Entertainment, Inc.
Invoice No. : 153925         Invoice Date : 3/31/2011
Total Due   : $272.50

Remit To:  **Sarnoff Court Reporters**
           **20 Corporate Park**
           **Suite 350**
           **Irvine, CA 92606**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

**Sarnoff**
COURT REPORTERS
877.955.3855 PHONE   20 Corporate Park, Suite 350
949.955.3854 FAX    Irvine, CA 92606
www.sarnoffcourtreporters.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 153924 | 3/31/2011 | 159995 |
| **Job Date** | **Case No.** | |
| 3/31/2011 | CV10-4737 SWV (EX) | |
| **Case Name** | | |
| Pamella Lawrence vs. Sony Pictures Entertainment, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | 32472-70 | |

Jennifer L. Brockett, Esq.
Davis Wright Tremaine LLP
865 S. Figueroa Street
Suite 2400
Los Angeles, CA  90017-2566

VIDEO SERVICES OF:
    Pamela Lawrence
        Videographer's Cancellation Fee      250.00
        Parking Reimbursement      22.50

**TOTAL DUE >>>   $272.50**

x _(signature)_

Tax ID: 88-0432563          Phone: 213-633-6800    Fax:213-633-6899

*Please detach bottom portion and return with payment.*

Jennifer L. Brockett, Esq.
Davis Wright Tremaine LLP
865 S. Figueroa Street
Suite 2400
Los Angeles, CA  90017-2566

Job No.     : 159995      BU ID      : SCALVID
Case No.    : CV10-4737 SWV (EX)
Case Name  : Pamella Lawrence vs. Sony Pictures Entertainment, Inc.
Invoice No.  : 153924     Invoice Date  : 3/31/2011
Total Due   : $272.50

Remit To:   **Sarnoff Court Reporters**
          **20 Corporate Park**
          **Suite 350**
          **Irvine, CA  92606**

**PAYMENT WITH CREDIT CARD**  AMEX  [  ]  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# Sarnoff
## COURT REPORTERS

877.955.3855 PHONE  20 Corporate Park, Suite 350
949.955.3854 FAX    Irvine, CA 92606
www.sarnoffcourtreporters.com

Jennifer L. Brockett, Esq.
Davis Wright Tremaine LLP
865 S. Figueroa Street
Suite 2400
Los Angeles, CA  90017-2566

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 154420 | 4/8/2011 | 160483 |
| Job Date | Case No. | |
| 4/6/2011 | CV10-4737 SWV (EX) | |
| Case Name | | |
| Pamella Lawrence vs. Sony Pictures Entertainment, Inc. | | |
| Payment Terms | | |
| Due upon receipt | 32402-20 | |

SCHEDULED DEPOSITION OF:
   Pamella Lawrence
      Reporter's Affidavit of Non-Appearance                                    225.00
      Exhibits                                        9.00                        5.85
      Parking Reimbursement                                                      10.00
      Delivery Costs - Affidavit                                                 20.00

                              TOTAL DUE  >>>         $260.85
                              AFTER 5/23/2011  PAY   $286.94

                                                        X _____

Tax ID: 88-0432563                          Phone: 213-633-6800   Fax: 213-633-6899

*Please detach bottom portion and return with payment.*

Jennifer L. Brockett, Esq.
Davis Wright Tremaine LLP
865 S. Figueroa Street
Suite 2400
Los Angeles, CA  90017-2566

Job No.     : 160483              BU ID        : 1-MAIN
Case No.    : CV10-4737 SWV (EX)
Case Name   : Pamella Lawrence vs. Sony Pictures
              Entertainment, Inc.
Invoice No. : 154420              Invoice Date : 4/8/2011
**Total Due  : $ 260.85**
AFTER 5/23/2011  PAY  $286.94

Remit To: **Sarnoff Court Reporters**
          **20 Corporate Park**
          **Suite 350**
          **Irvine, CA  92606**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                       Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:

# Sarnoff
## COURT REPORTERS

877.955.3855 PHONE   20 Corporate Park, Suite 350
949.955.3854 FAX    Irvine, CA 92606
www.sarnoffcourtreporters.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 154592 | 4/13/2011 | 160484 |
| Job Date | Case No. | |
| 4/6/2011 | CV10-4737 SWV (EX) | |

**Case Name**

Pamella Lawrence vs. Sony Pictures Entertainment, Inc.

**Payment Terms**

Due upon receipt      32472-20

Jennifer L. Brockett, Esq.
Davis Wright Tremaine LLP
865 S. Figueroa Street
Suite 2400
Los Angeles, CA  90017-2566

VIDEO SERVICES OF:

   Pamella Lawrence, Vol. 1
      Video Services                                                                                  355.00

              TOTAL DUE  >>>        **$355.00**
              AFTER 5/28/2011  PAY       $390.50

Tax ID: 88-0432563                                  Phone: 213-633-6800    Fax: 213-633-6899

*Please detach bottom portion and return with payment.*

Jennifer L. Brockett, Esq.
Davis Wright Tremaine LLP
865 S. Figueroa Street
Suite 2400
Los Angeles, CA  90017-2566

Job No.     : 160484          BU ID      : SCALVID
Case No.    : CV10-4737 SWV (EX)
Case Name   : Pamella Lawrence vs. Sony Pictures
              Entertainment, Inc.

Invoice No. : 154592       Invoice Date  : 4/13/2011
**Total Due  : $ 355.00**
AFTER 5/28/2011  PAY $390.50

Remit To: **Sarnoff Court Reporters**
          **20 Corporate Park**
          **Suite 350**
          **Irvine, CA  92606**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:       Phone#: | |
| Billing Address: | |
| Zip:       Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE

**Sarnoff**
COURT REPORTERS
877.955.3855 PHONE   20 Corporate Park, Suite 350
949.955.3854 FAX    Irvine, CA 92606
www.sarnoffcourtreporters.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 155414 | 4/21/2011 | 161038 |
| Job Date | Case No. | |
| 4/13/2011 | CV10-4737 SWV (EX) | |

| Case Name |
|---|
| Pamella Lawrence vs. Sony Pictures Entertainment, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Jennifer L. Brockett, Esq.
Davis Wright Tremaine LLP
865 S. Figueroa Street
Suite 2400
Los Angeles, CA  90017-2566

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| Description | Pages | Amount |
|---|---|---|
| Pamella Lawrence | 263.00 Pages | 1,564.85 |
| 3 Day Expedited Service | | 1,251.88 |
| Exhibit | 182.00 Pages | 118.30 |
| Exhibits - color | | 1.50 |
| Parking Reimbursement | | 10.00 |
| Handling & Production of Original Transcript | | 50.00 |
| Technology Package * | | 35.00 |
| Transcript & Exhibit Repository - Complimentary | | 0.00 |
| Delivery Costs | | 25.00 |
| **TOTAL DUE >>>** | | **$3,056.53** |
| AFTER 6/5/2011 PAY | | $3,362.18 |

*Technology Package includes condensed transcript and CD with final ASCII text file, full size PDF transcript, condensed PDF transcript, E-Transcript Bundle with linked exhibits, Livenote LEF, Summation SBF, and Sanction Database file.

**Tax ID:** 88-0432563

Phone: 213-633-6800   Fax:213-633-6899

*Please detach bottom portion and return with payment.*

Jennifer L. Brockett, Esq.
Davis Wright Tremaine LLP
865 S. Figueroa Street
Suite 2400
Los Angeles, CA  90017-2566

Job No.      : 161038         BU ID      : 1-MAIN
Case No.     : CV10-4737 SWV (EX)
Case Name    : Pamella Lawrence vs. Sony Pictures Entertainment, Inc.
Invoice No.  : 155414         Invoice Date  : 4/21/2011
**Total Due  : $ 3,056.53**
AFTER 6/5/2011 PAY $3,362.18

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Sarnoff Court Reporters**
          **20 Corporate Park**
          **Suite 350**
          **Irvine, CA  92606**