**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

JAMES D. NGUYEN (State Bar No. 179370)
 jimmynguyen@dwt.com
KAREN A. HENRY (State Bar No. 229707)
 karenhenry@dwt.com

Attorneys for Defendants
SONY PICTURES ENTERTAINMENT INC., COLUMBIA PICTURES INDUSTRIES, INC., TRISTAR PICTURES, INC., SIDNEY KIMMEL ENTERTAINMENT, LLC, SKE CREATIVE, LLC, TARGET MEDIA ENTERTAINMENT, GMBH, SIDNEY KIMMEL, JAMES TAUBER, AMY BAER, WILLIAM HORBERG, DIANA PHILLIPS, WONDERFUL FILMS CORP., LAWRENCE MALKIN, DEAN CRAIG, GLENN S. GAINOR, PHILIP ELWAY, SHARE STALLINGS, BRUCE TOLL, FRANK OZ, CHRIS ROCK, CHRIS ROCK ENTERPRISES, INC., BEHAVE PRODUCTIONS, INC., NEIL LABUTE, AEYSHA CARR, SCREEN GEMS, INC., SCREEN GEMS DISTRIBUTION, INC., and PARABOLIC PICTURES INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELLA LAWRENCE, an individual,<br><br>   Plaintiff,<br><br>vs.<br><br>SONY PICTURES ENTERTAINMENT INC., a Delaware corporation, et al.,<br><br>   Defendants. | **Case No. CV10-04737 SVW (Ex)**<br><br>**NOTICE OF ERRATA**<br><br><br>Action Filed: February 14, 2011 |

NOTICE OF ERRATA
DWT 18138651v1 0032472-000020

PLEASE TAKE NOTICE that the Bill of Costs attached to the Notice of Motion and Motion for Attorneys' Fees filed by Defendants on August 31, 2011 was filed with that motion in error. (*See* Docket No. 166 at #3.) Defendants will refile the Bill of Costs with their Notice of Application to the Clerk to Tax Costs.

DATED: September 1, 2011

DAVIS WRIGHT TREMAINE LLP
JAMES D. NGUYEN
KAREN A. HENRY

By: _____/ s /_____
James D. Nguyen

Attorneys for Defendants
SONY PICTURES ENTERTAINMENT INC., COLUMBIA PICTURES INDUSTRIES, INC., TRISTAR PICTURES, INC., SIDNEY KIMMEL ENTERTAINMENT, LLC, SKE CREATIVE, LLC, TARGET MEDIA ENTERTAINMENT, GMBH, SIDNEY KIMMEL, JAMES TAUBER, AMY BAER, WILLIAM HORBERG, DIANA PHILLIPS, WONDERFUL FILMS CORP., LAWRENCE MALKIN, DEAN CRAIG, GLENN S. GAINOR, PHILIP ELWAY, SHARE STALLINGS, BRUCE TOLL, FRANK OZ, CHRIS ROCK, CHRIS ROCK ENTERPRISES, INC., BEHAVE PRODUCTIONS, INC., NEIL LABUTE, AEYSHA CARR, SCREEN GEMS, INC., SCREEN GEMS DISTRIBUTION, INC., and PARABOLIC PICTURES INC.

NOTICE OF ERRATA
DWT 18138651v1 0032472-000020

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899