**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

JAMES D. NGUYEN (State Bar No. 179370)
  jimmynguyen@dwt.com
KAREN A. HENRY (State Bar No. 229707)
  karenhenry@dwt.com

Attorneys for Defendants
SONY PICTURES ENTERTAINMENT INC.,
COLUMBIA PICTURES INDUSTRIES, INC., TRISTAR PICTURES, INC., SIDNEY KIMMEL ENTERTAINMENT, LLC, SKE CREATIVE, LLC, TARGET MEDIA ENTERTAINMENT, GMBH, SIDNEY KIMMEL, JAMES TAUBER, AMY BAER, WILLIAM HORBERG, DIANA PHILLIPS, WONDERFUL FILMS CORP., LAWRENCE MALKIN, DEAN CRAIG, GLENN S. GAINOR, PHILIP ELWAY, SHARE STALLINGS, BRUCE TOLL, FRANK OZ, CHRIS ROCK, CHRIS ROCK ENTERPRISES, INC., BEHAVE PRODUCTIONS, INC., NEIL LABUTE, AEYSHA CARR, SCREEN GEMS, INC., SCREEN GEMS DISTRIBUTION, INC., and PARABOLIC PICTURES INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELLA LAWRENCE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SONY PICTURES ENTERTAINMENT INC., a Delaware corporation, et al.,<br><br>Defendants. | **Case No. CV10-04737 SVW (Ex)**<br><br>Assigned to the Hon. Stephen V. Wilson<br><br>**NOTICE OF NON-OPPOSITION TO MOTION FOR ATTORNEY'S FEES**<br><br>Date:    October 3, 2011<br>Time:    1:30 p.m.<br>Crtrm.:  6<br><br>Action Filed:  February 14, 2011 |

---
NOTICE OF NON-OPPOSITION
DWT 18224978v1 0032472-000020

On August 31, 2011, defendants Sony Pictures Entertainment Inc., Columbia Pictures Industries, Inc., TriStar Pictures, Inc., SKE Creative, LLC, James Tauber (erroneously sued herein as "Jim Tauber"), Amy Baer, Behave Productions, Inc., Screen Gems, Inc., Screen Gems Distribution, Inc., Chris Rock Enterprises, Inc., Wonderful Films Corp., Target Media Entertainment GmbH & Co. Filmproduktion KG, Parabolic Pictures, Inc., Aeysha Carr (erroneously sued herein as "Ayesha Carr"), Dean Craig, Philip Elway, Glenn S. Gainor, William Horberg, Sidney Kimmel, Lawrence Malkin, Diana Phillips, Chris Rock, Share Stallings, Bruce Toll, Frank Oz and Neil LaBute ("Defendants") filed a motion to recover a portion of the attorneys' fees and costs they incurred defending against the copyright infringement claims brought by plaintiff Pamella Lawrence, setting the hearing on the motion for October 3, 2011.  (*See* Docket No. 166.)  Given this hearing date, Plaintiff's opposition to this motion was due on or before September 12, 2011.  *See* L.R. 7-9 (opposition must be filed not later than 21 days before the hearing date).

To date, however, no opposition has been filed.  (*See generally* Docket.)  Plaintiff's failure to oppose the motion is deemed consent to the granting of the motion.  *See* L.R. 7-12; *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (affirming dismissal of action where pro per plaintiff failed to oppose motion to dismiss; "[a]lthough we construe pleadings liberally in their favor, pro se litigants are bound by the rules of procedure").  As a result, the Court should grant this motion, and award Defendants $200,000 in attorney's fees.

DATED:  September 15, 2011

DAVIS WRIGHT TREMAINE LLP
JAMES D. NGUYEN
KAREN A. HENRY

By: _____/ s /_____
         James D. Nguyen

Attorneys for Defendants

1
NOTICE OF NON-OPPOSITION
DWT 18224978v1 0032472-000020

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## PROOF OF SERVICE BY ELECTRONIC MAIL & U.S. MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On September 15, 2011, I served the foregoing document(s) described as:
**NOTICE OF NON-OPPOSITION TO MOTION FOR ATTORNEY'S FEES**
by forwarding a **true copy** of said document(s) for each addressee named below, to their respective electronic mail addresses, as well as, by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below served shown on the envelope as follows:

**Pamella Lawrence
3183 Wilshire Boulevard
Suite #196-C43
Los Angeles, CA  90010**

pamellabook1995@hotmail.com
defuneral1995@hotmail.com

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on September 15, 2011, Los Angeles, California.as follows:

|   | | |
|---|---|---|
|   | State | I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. |
| X | Federal | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. |

| YVONNE GODSON | / s / |
|---|---|
| Print Name | Signature |

NOTICE OF NON-OPPOSITION
DWT 18224978v1 0032472-000020

2

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899