Pamella Lawrence
3183 Wilshire Blvd. Ste. # 196-C43
Los Angeles, Ca. 90010
defuneral1995@hotmail.com
Plaintiff in Pro Per

FILED
2011 SEP 16 PM 2:58
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELLA LAWRENCE<br><br>Plaintiff<br><br>vs.<br><br>SONY PICTURES ENTERTAINMENT INC., et al…<br><br>Defendants | Case No.: CV10-04737 SVW (Ex)<br><br>**PLAINTIFS DECLARATION IN SUPPORT OF PLAINTIFFS OPPOSITION TO MOTION BY DEFENDANTS SONY PICTURES ENTERTAINMENT INC., et al… FOR ATTORNEY FEES**<br><br>Date: October 3, 2011<br>Time: 1:30 pm<br>Crtrm: 6, 312 North Spring Street,<br>The Honorable Stephen V. Wilson<br><br>[Declaration of Pamella Lawrence Filed Concurrently] |

I, Pamella Lawrence , do Declare as follows:

That all actions, and allegations made in the copyright infringement complaint against SONY PICTURES ENTERTAINMENT INC., et al..., Defendants were done, and made in good faith belief Plaintiffs Copyright protected property was, and still is being infringed by Defendant Parties.

That the Copyright infringement Lawsuit filed by Plaintiff was not baseless, nor frivolous, nor intended for any improper motive or reason.

That Defendants are not entitled to Attorney Fees, and that all statements made in **PLAINTIFFS OPPOSITION TO MOTION BY DEFENDANTS SONY PICTURES ENTERTAINMENT INC., et al... FOR ATTORNEY FEES** are accurate and true.

I declare under penalty of perjury by the laws of the United States that the foregoing is true and correct.

Executed on: September 16, 2011

_____

Pamella Lawrence

Plaintiff/Pro Per